# The Atlanta Journal-Constitution

The Honorable R. Stan Baker
P.O. Box 8286
Savannah, GA 31412

October 14, 2025

Dear Judge Baker:

I write on behalf of The Atlanta Journal-Constitution to request access to the Court's records in the matter of USA v. Anthony Oloans et al. (4:07-mj-36).

According to the electronic case record, this magistrate case was open for nearly 10 years, from April 2007 until January 2017, and it lists 21 defendants. Yet there is no record of any filings or hearings on the ECF system.

I have contacted the clerk's office in Savannah to request access to these records and was informed that permission from the Court would be necessary to access them. Given the presiding judge, Magistrate Judge G.R. Smith, has retired, I am addressing this request to you as the district's chief judge.

The available record leaves important gaps in the public's understanding of the Court's operations in this matter.

While I submit it is always in the public interest to understand the operations of the Court and the government, the unresolved questions in this case have become more significant in the intervening years.

Many of the listed defendants are associated with the House of Prayer Christian Church, a notable and closely scrutinized institution in the Southern District. Federal authorities raided its facilities in Hinesville and elsewhere in 2022, and the church, in turn, accused the government of targeting it for its beliefs. Several of the individuals named in the magistrate case were named in an indictment handed up last month, which alleges two wide-ranging fraud conspiracies involving public funds and the financial system. (For reference, the recent criminal case is 1:25-cr-62, USA v. FNU LNU et al.)

In light of these developments, we believe it is in the public's interest that this case file now be opened to inspection.

Thank you in advance for your consideration of this issue. Please let me know if you have any questions or if I can offer additional information about our interest in this case by phone.

Sincerely,

Thad Moore
Investigative Reporter
Thad.Moore@ajc.com
(404) 996-7970