**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | MJ407-036 |
| | ) | |
| ANTHONY OLOANS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 14, 2025, a reporter "writ[ing] on behalf of The Atlanta Journal-Constitution," sent a letter to Chief Judge R. Stan Baker requesting that materials in this case be unsealed. *See generally* doc. 3. The letter was docketed into this case as a motion. *See id.* However, the letter is not signed by a party to this case or a licensed attorney and cites to no legal authority. It, therefore, cannot be construed as a motion. *See* Fed. R. Civ. P. 7(b), 11(a); *see also, e.g., Pallazo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (business entities "by their very nature, are unable to represent themselves and . . . the only proper representative of a [such an entity] is a licensed attorney, not an unlicensed layman regardless of how close his association with [the entity]." (internal

quotation marks and citation omitted)). As this Court has explained, "if a litigant seeks judicial action of any sort ( . . .), it must be contained within a motion arising from a properly filed lawsuit. It cannot be requested in a personal letter to a judge." *In re Unsolicited Letters to Federal Judges*, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) (emphasis omitted). Because the document at issue is not a "motion," within the meaning of the Federal Rules of Civil Procedure, it is **DISMISSED**. Doc. 3.

Although the request cannot be acted upon as presented, the Court does not wish this disposition to be understood as dismissing what the letter correctly identifies as "the public interest to understand the operation of the Court and the government . . . ." Doc. 3 at 1. As the Eleventh Circuit has observed: "Public trials and judicial proceedings are rooted in the principle that justice cannot survive behind walls of silence, and in the traditional Anglo-American distrust for secret trials." *United States v. Ochoa-Vasquez*, 428 F.3d 1015, 1029 (11th Cir. 2005) (internal citation and quotations omitted). The Court, therefore, expresses no opinion on whether a properly presented request to unseal materials might be successful. The Clerk is **DIRECTED** to send a copy of this

Order to the reporter requesting the unsealing, both at the email address provided and by mail to the Atlanta Journal Constitution, Attn: Thad Moore, 6205 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

**SO ORDERED**, this 21st day of November, 2025.

_______________________________
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA